UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ERIC AHRENS, et al., acting for themselves and all others similarly situated,

        Plaintiffs,

    v.

CITY OF ROSEVILLE,

        Defendant.

NO. CV S-05-00389 GEB GGH

<u>ORDER</u>

        Since Plaintiffs filed a First Amended Complaint on April 18, 2005, the First Amended Complaint is now the operative pleading. See <u>Hal Roach Studios, Inc. v. Richard Feiner and Co., Inc.</u>, 896 F.2d 1542, 1546 (9th Cir. 1989) (stating an amended complaint supersedes the prior complaint). Defendant's pending Motion to Dismiss for Failure to State a Claim and Ex Parte Application for Extension to Answer, which was filed March 18, 2005, is therefore denied as moot, since it seeks relief regarding Plaintiffs' original Complaint.

        IT IS SO ORDERED.

Dated: April 22, 2005

                              <u>/s/ Garland E. Burrell, Jr.</u>
                              GARLAND E. BURRELL, JR.
                              United States District Judge