IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC AHRENS, et al.,                    )
                                        )       CIV. S-05-389 GEB GGH
                      Plaintiffs,       )
                                        )
            v.                          )
                                        )       ORDER
CITY OF ROSEVILLE,                      )
                                        )
                      Defendant.        )
_____ )

At the Status (Pretrial Scheduling) Conference held May 23, 2005, the parties indicated that they are engaged in meaningful settlement discussions and, therefore, a further status hearing should be scheduled.  Since the parties indicated that meaningful settlement discussions are ongoing, a further status hearing is scheduled on July 11, 2005, at 9:00 a.m.  A joint status report shall be filed no later than June 27, 2005.[1]

IT IS SO ORDERED.

Dated:  May 24, 2005

                              /s/ Garland E. Burrell, Jr.
                              GARLAND E. BURRELL, JR.
                              United States District Judge

---

[1]    The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order.  In the event a party fails to participate as ordered, the party or parties timely submitting the status report shall include a declaration explaining why they were unable to obtain the cooperation of the other party.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28