1 | STACEY N. SHESTON (SBN 186016)
  | JULIE RANEY (SBN 176060)
2 | McDONOUGH HOLLAND & ALLEN PC
  | Attorneys at Law
3 | 555 Capitol Mall, 9th Floor
  | Sacramento, CA  95814
4 | Phone: 916.444.3900
  | Fax:    916.444.3249
5 |
  | Attorneys for Defendant City of Roseville
6 |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ERIC AHRENS, MICHAEL ALLISON, BRYAN BAKKIE, CHAD BAUMANN, TROY BERGSTROM, ANDREW BONNER, JASON BOSWORTH, DOUG BROWN, BRET BRZYSCZ, JOE CIPOV, KARL DYER, MICHAEL EASTER, ERIC EASTMAN, TINA EASTMAN, DAVID FAINGOLD, BRANDON FERNANDEZ, DAVID FLOOD, BRYAN FRITSCH, JAMES FUJITANI, PATRICK GANGUET, MARC GLYNN, RON GOODPASTER, BRUCE HAGLER, BRYAN HAYS, JOHN HELLIWELL, LEE HENDRICK, MATTHEW JANNEY, MICHAEL JONES, CHAD KATO, AARON LEAHY, MISSY MacDONALD, KEITH MARZOLF, MARK MILLER, STEFAN MOORE, KELBY NEWTON, PAUL NICHOLAS, CHRISTOPHER NOWICKI, DAVID ORTIZ, MICHAEL PENDERGRAFT, JAMES PLYMPTON, KATE QUARTAROLO, MARIA RICHARDSON, CLIFFORD RYLAND, MIKE RYLAND, ALEXANDRA SAKATA, JERMEY SCREETON, MERVYN SCREETON III, MICHAEL SHERLOCK, ASHLEY SMENTEK, AARON SPLAWN, CALVIN WALSTAD, WILLIAM YOUNG, PATRICK ZERI, acting for themselves and others similarly situated,

                    Plaintiffs,

        v.

CITY OF ROSEVILLE,

                    Defendant.

Case No. 2:05-CV-00389 GEB GGH

**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 16-271**

1

STIPULATION & ORDER RE: VDRP                                             854441v1 04094/0079

1  Pursuant to Local Rule 16-271, the parties hereby agree to submit the above-entitled action to
2  the Voluntary Dispute Resolution Program.

4  DATED: August 31, 2005                     McDONOUGH HOLLAND & ALLEN PC
                                              Attorneys at Law

                                              By:  /s/ Julie Raney
                                                      JULIE RANEY

                                              Attorneys for Defendant City of Roseville


11 DATED: August 31, 2005                     MASTAGNI, HOLSTEDT, AMICK, MILLER,
                                              JOHNSEN & UHRHAMMER


                                              By:  /s/ Will M. Yamada
                                                      WILL M. YAMADA

                                              Attorneys for Plaintiffs


                                         **ORDER**

IT IS SO ORDERED.

DATED: August 31, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

