```
 1
 2
 3
 4
 5
 6
 7               IN THE UNITED STATES DISTRICT COURT
 8             FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
   ERIC AHRENS; MICHAEL ALLISON;       )
10 BRYAN BAKKIE; CHAD BAUMANN; TROY    )
   BERGSTROM; ANDREW BONNER; JASON     )   2:05-cv-0389-GEB-GGH
11 BOSWORTH; DOUG BROWN; BRET          )
   BRZYSCZ; JOE CIPOV; KARL DYER;      )
12 MICHAEL EASTER; ERICK EASTMAN;      )   ORDER RE: MODIFICATION
   TINA EASTMAN; DAVID FAINGOLD;       )   OF STATUS (PRETRIAL
13 BRANDON FERNANDEZ; DAVID FLOOD;     )   SCHEDULING) ORDER
   BRYAN FRITSCH; JAMES FUJITANI;      )
14 PATRICK GANGUET; MARC GLYNN; RON    )
   GOODPASTER; BRUCE HAGLER; BRYAN     )
15 HAYS; JOHN HELLIWELL; LEE           )
   HENDRICK; MATTHEW JANNEY; MICHAEL   )
16 JONES; CHAD KATO; AARON LEAHY;      )
   MISSY MACDONALD; KEITH MARZOLF;     )
17 MARK MILLER; STEFAN MOORE; KELBY    )
   NEWTON; PAUL NICHOLAS;              )
18 CHRISTOPHER NOWICKI; DAVID          )
   ORTIZ; MICHAEL PENDERGRAFT; JAMES   )
19 PLYMPTON; KATE QUARTAROLO; MARIA    )
   RICHARDSON; CLIFFORD RYLAND; MIKE   )
20 RYLAND; ALEXANDRA SAKATA; JERMEY    )
   SCREETON; MERVYN SCREETON III;      )
21 MICHAEL SHERLOCK; ASHLEY SMENTEK;   )
   AARON SPLAWN; CALVIN WALSTAD;       )
22 WILLIAM YOUNG; and PATRICK ZERI,    )
   acting for themselves and others    )
23 similarly situated,                 )
                                       )
24           Plaintiffs,                )
                                       )
25      v.                              )
                                       )
26 CITY OF ROSEVILLE,                  )
                                       )
27           Defendant.                 )
                                       )
28
                             1
```

1      On May 18, 2006, the parties filed a "Notice of Settlement" in which they assert they "have reached a tentative settlement agreement." The parties then "request this court stay all proceeding pending final disposition of this case." Further, "Plaintiffs . . . request this Court grant the parties ninety (90) days from the date of this notice to dismiss this case in its entirety with prejudice."

       The parties' request for a stay of the proceeding is denied, since the mere representation that an action has settled does not justify removal of the action from a district court's trial docket. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that an action has been settled does not necessarily establish the existence of a binding settlement agreement). But to provide the parties with additional time to work towards settlement, the Scheduling Order is modified as follows: discovery shall be completed by August 16, 2006, the last date for hearing motions shall be October 16, 2006, and the final pretrial conference is reset to commence at 11:00 a.m. on December 18, 2006.

       IT IS SO ORDERED.

Dated: May 23, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

2